# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

## OFFENSE CHARGED

18 U.S.C. § 1343 – Wire Fraud (Count 1);
26 U.S.C. § 7206(2) – Aiding or Assisting in the Preparation of a False or Fraudulent Tax Return (Counts 2-3);
15 U.S.C. §§ 78j(b), 78ff; 17 C.F.R. § 240.10b-5 – Fraud in Connection with Purchase and Sale of Securities (Count 4);
18 U.S.C. § 1348 – Commodities Fraud (Count 5)

☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

**PENALTY:** Maximum per count: Count 1 (20 years imprisonment, $250,000 fine, 3 years supervised release); Counts 2-3 (3 years imprisonment, 1 year supervised release); Count 4 (20 years imprisonment, $5 million fine, 3 years supervised release); Count 5 (25 years imprisonment, $250,000 fine, 5 years supervised release); $100 special assessment per count

**DEFENDANT - U.S**: William Koo ICHIOKA

DISTRICT COURT NUMBER: 

**FILED** JUNE 22 2023 — Mark B. Busby, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any): **Federal Bureau of Investigation**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: **THOMAS A. COLTHURST**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **E. CHENG/B. KINGSLEY**

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction     ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:** ☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following: ☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: